UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| HUBERT DUPIGNY,<br><br>                              Plaintiff,<br><br>-against-<br><br>UNITED STATES OF AMERICA; GEOFFREY S. BERMAN; ELINOR TORLOW; MOLLIE BRACEWELL; JACOB GUTWILLING; AARON MYSLIWIEC; THEIR OFFICERS AND AGENTS, SERVANTS, EMPLOYEES, ATTORNEYS, AND ALL OTHERS (INCLUDING SUBSIDIARIES) IN ACTIVE CONCERT OF PARTICIPATION IN THEIR OFFICIAL AND INDIVIDUAL CAPACITY,<br><br>                              Defendants. | 20-CV-5346 (LLS)<br><br>CIVIL JUDGMENT |

Pursuant to the order issued February 17, 2021, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed as barred under the *Younger* abstention doctrine.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to Plaintiff and note service on the docket.

SO ORDERED.

Dated:   February 17, 2021
         New York, New York

_____Louis L. Stanton_____
LOUIS L. STANTON
U.S.D.J.